■ The People of the State of New York, Respondent, v Clifford D. Waters, Also Known as Clifford Waters, Appel-

lant. [940 NYS2d 909]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered November 9, 2009. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, a class E felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Fahey, Carni and Sconiers, JJ.